

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-16-00058-CR
_____

THOMAS DIXON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 140th District Court
Lubbock County, Texas
Trial Court No. 2012-435,942, Honorable Jim Bob Darnell, Presiding

April 25, 2022

## ORDER ON MOTION FOR REHEARING

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant Thomas Dixon has filed a motion for rehearing of our opinion and judgment issued January 13, 2022, and at our request Appellee the State filed a response. We deny Appellant's motion for rehearing.

Appellant argues in his motion for rehearing that the record does not support our statement in the opinion that he gave Dave Shepard permission to sell a bar of silver on July 11, 2012. We issue this order for correction. The record indicates Appellant gave

Shepard permission to sell one bar of silver.  That sale occurred on June 15, 2012; Shepard sold two bars of silver on July 11, 2012.

Our original determination reversing and rendering a judgment of acquittal for the offense charged under Count 2 of the indictment, murder in the course of committing burglary, and affirming Appellant's murder-for-remuneration conviction under Count 1 of the indictment and corresponding sentence of imprisonment for life without parole remains unchanged, though we deem it appropriate to issue this written order to correct any misconception as to the evidence.  *See Daniels v. Allsup's Convenience Stores, Inc.,* No. 07-18-00333-CV, 2020 Tex. App. LEXIS 4474 (Tex. App.—Amarillo June 15, 2020, per curiam order).

Lawrence M. Doss
Justice

Do not publish.